UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION FOR STAY OF CIVIL** |
| vs. | ) | **FORFEITURE PROCEEDINGS** |
| | ) | |
| A Blue 1955 Chevrolet Pickup, et al., | ) | Case No. 4:06-cv-012 |
| | ) | |
| Defendants. | ) | |

Before the Court is a Joint Motion for Stay of Civil Forfeiture Proceedings filed by the United States and Claimant Chad Hoverson on May 18, 2006. The parties informed the Court that (1) Claimant Chad Hoverson and others are subjects of a related criminal investigation/case; (2) Claimant Chad Hoverson has standing to contest the forfeiture of the defendant properties; (3) civil discovery will affect the ability of the United States to conduct the related criminal investigation/case; and (4) Continuation of the forfeiture proceeding will burden the right of Claimant Chad Hoverson and others, against self-incrimination in the related criminal matter.

The Court **GRANTS** the Joint Motion for Stay of Civil Forfeiture Proceedings (Docket No. 21) and **STAYS** the action until the related criminal investigation/case is resolved or pending further order of this Court. The United States shall contact the Court upon the resolution of the related criminal investigation/case.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2006.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court

1